ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 NOV 30 A 10: 49

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

FEE PAID ✓
FEE NOT PAID
(SEND LETTER)

CHARLES ROBBINS

        Plaintiff(s)

vs.

YUTOPIAN ENTERPRISES, INC.

        Defendant(s)

Case No.: CCB 01-CV 3096

\*
\*
\*
\*
\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __David M. Melnick, Esq.__, am a member in good standing of the bar of this Court. My bar number is __08399__. I am moving the admission of __Clement Cheng, Esq.__ to appear *pro hac vice* in this case as counsel for __YUTOPIAN ENTERPRISES, INC.__.

We certify that:

1. Enclosed is the $50.00 fee for admission *pro hac vice*. (NOTE: Make check payable to: Clerk, United States District Court.)

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| California Supreme Court | December 7, 1998 |
| US Dist. Ct. Central Dist. of CA | December 7, 1998 |
| US Dist. Ct. Southern Dist. CA | February 18, 1999 |
| US Dist. Ct. Eastern Dist. CA | February 19, 1999 |
| US Dist. Ct. Norther Dist. CA | May 3, 1999 |
| US Ct. of Appeals Armed Forces | April 29, 1999 |

3.   During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court  -0-  times.

4.   The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

5.   The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.   The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.   Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ | /s/ |
| Signature | Signature |
| David Melnick, Esq.  #08349 | Clement Cheng, Esq. |
| Printed Name | Printed Name |
| Law Offices of David Melnick | Law Offices of Clement Cheng |
| Firm | Firm |
| 51 Monroe Street #601, Rockville MD | 7700 Irvine Center Drive #710, Irvine CA |
| Address | Address  92618 |
| (301) 424-1590   prid 94688 / 10844 | (949) 753-7828 |
| Telephone Number | Telephone Number   PRID=J78377 |
| (301) 424-6352 | (714) 242-9888   PLID = 115248 |
| Fax Number | Fax Number |

****************************************************************

## ORDER

☑ GRANTED    ☐ DENIED

_____11/30/01_____    _____[signature]_____
Date                           United States District Judge

## CERTFICATE OF SERVICE

This is to certify that the foregoing Motion for Admission *Pro Hac Vice* was served upon Plaintiff, by mailing a copy thereof, by first class mail, postage prepaid, this 21st day of November, 2001 to:

>Steven Edward Tiller, Esq.
>Whiteford, Taylor & Preston
>7 Saint Paul Street
>Suite 1400
>Baltimore, MD 21202

David M. Melnick