IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHARLES ROBBINS            :
                           :
v.                         :   Civil No: CCB-01-3096
                           :
YUTOPIAN ENTERPRISES, INC. :

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby Ordered that:

1. the defendant's motion to dismiss the pending case for lack of personal jurisdiction is **DENIED**;

2. the defendant's motion to transfer the case is **GRANTED**;

3. the case is **TRANSFERRED** to the United States District Court for the Central District of California; and

4. copies of this Order and the accompanying Memorandum shall be mailed to counsel of record.

_May 14, 2002_
Date

_Catherine C. Blake_
Catherine C. Blake
United States District Judge